## 11174.　PITTS v. THE STATE.

LUKE, J.　The evidence in this case was sufficient to authorize the conviction of the accused, and, the verdict having been approved by the trial judge, this court will not interfere. The judgment overruling the motion for a new trial is

*Affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 3, 1920.

Indictment for assault with intent to rape; from Floyd superior court — Judge Wright.　November 14, 1919.

Under an indictment charging assault with intent to rape, the defendant was convicted of an assault. A witness for the State testified that the defendant was "apparently 13 or 14 years of age;" also that he was "14 or 15 years old." Another witness testified that she knew when he was born, and that he was only 12 years old. It was testified that the girl upon whom it was alleged the assault was committed was 12 years old. She testified: "After I had left school and gone up and through town and just gotten by the depot at Cave Spring and some hundred yards by the depot, this boy was tying a cow which he had been holding, picking grass, and got down behind a pile of coal at the railroad tracks and stuck his head up and said to me, 'Here, give me some.' When I saw him behind the coal I started to run down the path, the way I was going home, and he started to run after me, and I said 'I see daddy,' thinking he

would stop, and he ran after me through the field.   I showed father how far he went.   Tony Pitts ran after me, and I looked back and he was gaining on me, and he did not stop until I screamed.   There were stores in sight of the place, and people walk along in the path in which I was walking, almost all times through the day.   After leaving the place where this occurred, in order to go to my home you go through the woods to where I live.   I have often seen this boy minding the cow he had this day.   He lives near where he had the cow and just on the edge of town, but I live on out in the country from town."   It was testified that this witness showed where the defendant ran her through the field, and that the distance was 187 yards.   The defendant, in his statement at the trial, said:   "I was minding the cow the day this happened, and then went and tied her.   After I did this I then ran on down to the path and started on home in the path, and this little girl saw me and got to crying and ran on off.   I did not know what was the matter with her, but she went on towards her home and I went on home and never knew anything further until they arrested me. I never thought of hurting the little girl."   There was no further testimony as to what was done by the defendant at the time referred to.

*M. B. Mebane,* for plaintiff in error, cited *Dorsey* v. *State,* 108 Ga. 477.

*C. H. Porter, solicitor-general, E. S. Taylor,* contra, cited: *Duggan* v. *State,* 116 *Ga.* 846; *Jackson* v. *State,* 322, 329.